IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:09-cr-36-FDW |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| ANTHONY DAMON DIGGS | ) | |

For good cause show, the Court **GRANTS** the United States' Motion to Dismiss (Doc. No. 5) and **GRANTS** the United States leave to **DISMISS** Count One of the Bill of Indictment in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshal Service and the United States Attorney's Office.

**IT IS SO ORDERED.**

Signed: June 13, 2024

Frank D. Whitney
United States District Judge